

# Fourth Court of Appeals
## San Antonio, Texas

March 21, 2014

No. 04-14-00040-CV

Osbaldo A. **SAENZ**, Jr.,
Appellant

v.

Osbaldo A. **SAENZ**, Sr., Maria Estela G. Saenz Trust, By and Through its Trustee Esther A.S. Salmon, et al.,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-12-520
Honorable Ana Lisa Garza, Judge Presiding

## O R D E R

On February 12, 2014, appellant filed a motion to consolidate the appeals numbered 04-14-00033-CV and 04-14-00040-CV, claiming that the same property is involved in both appeals. The appellate records show the trial court heard arguments on both matters in the same hearing, and the judgment in one cause expressly references the judgment in the other. The court is inclined to grant the motion to consolidate the appeals. If appellees wish to object to the motion to consolidate, they must file a response within 10 days from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of March, 2014.

_____
Keith E. Hottle
Clerk of Court